<u>3:00 P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>MONDAY, SEPTEMBER 23, 2024</u>

<u>Coram: BIBAS, FREEMAN and AMBRO, Circuit Judges</u>

<u>No. 23-3202</u>

COINBASE, INC.,
Petitioner
v.
UNITED STATES
SECURITIES
AND EXCHANGE
COMMISSION

| <u>Counsel for Petitioner</u> | <u>Counsel for Respondent</u> |
|---|---|
| EUGENE SCALIA | EZEKIEL L. HILL |
| (15 minutes per Court) | (15 minutes per Court) |