No. 23-3202

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

_____

COINBASE, INC.,
                           *Petitioner*,

v.

SECURITIES AND EXCHANGE COMMISSION,
                           *Respondent*.

_____

On Petition for Review of an Order of the
Securities and Exchange Commission
Docket No. 4-789

_____

**MOTION OF TESSA GELLERSON FOR LEAVE TO WITHDRAW
AS COUNSEL FOR COINBASE, INC.**

_____

                        Eugene Scalia
                          *Counsel of Record*
                        Jonathan C. Bond
                        Nick Harper
                        Tessa Gellerson (formerly of)
                        Gibson, Dunn, & Crutcher LLP
                        1050 Connecticut Avenue, N.W.
                        Washington, D.C. 200036
                        (202) 955-8500
                        EScalia@gibsondunn.com

*Counsel for Petitioner Coinbase, Inc.*

Tessa Gellerson respectfully moves this Court for an order granting her leave to withdraw as counsel for petitioner Coinbase, Inc. Ms. Gellerson is no longer employed at Gibson, Dunn & Crutcher LLP. Neither this Court nor any party will be prejudiced by her withdrawal, as Coinbase, Inc. will continue to be represented by Eugene Scalia, Jonathan Bond, and Nick Harper. Notice of Ms. Gellerson's departure has been provided to Coinbase, Inc., which does not object to the motion for leave to withdraw.

Dated: September 25, 2024

Respectfully submitted,

*/s/ Tessa Gellerson*

Tessa Gellerson
(formerly of) GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3665
tgellerson@gibsondunn.com

*Counsel for Coinbase, Inc.*

1

## CERTIFICATIONS

This motion complies with the type-volume limitations of the Federal Rules of Appellate Procedure 32 because it contains 82 words, excluding the parts of the motion exempted from Federal Rule of Appellate Procedure 32(f).  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 2019 in 14-point Times New Roman font.  Pursuant to this Court's Rule 31.1(c), the document has been scanned with Norton Antivirus version 2024 and is free of viruses.

Dated:  September 25, 2024                               */s/ Tessa Gellerson*
                                                                            Tessa Gellerson

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I caused a copy of the foregoing Motion for Leave to Withdraw as Counsel to be served via the Court's CM/ECF system on all counsel of record.

          */s/ Tessa Gellerson*
          Tessa Gellerson